IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE BLACKWELL, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil No. 5:22-cv-03360-JMG |
| : | |
| LEHIGH VALLEY HEALTH NETWORK, : | |
|     Defendant. : | |

**ORDER**

**AND NOW**, on this 23rd day of January 2023, upon consideration of Defendant Lehigh Valley Health Network's Motion to Dismiss Plaintiff Nicole Blackwell's Complaint (ECF No. 7) and Plaintiff's Response in Opposition thereto (ECF No. 8), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion to Dismiss is **GRANTED IN PART**.

2. All Counts (Count One, Count Two, Count Three, and Count Four) of Plaintiff's Complaint (ECF No. 7) are **DISMISSED without prejudice.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge