IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE BLACKWELL, : | |
|        Plaintiff, : | |
| : | |
| v. : | Civil No. 5:22-cv-03360-JMG |
| : | |
| LEHIGH VALLEY HEALTH NETWORK, : | |
|        Defendant. : | |

**ORDER**

**AND NOW**, on this 6th day of September, upon consideration of Defendant Lehigh Valley Health Network's Motion to Dismiss Plaintiff Nicole Blackwell's Amended Complaint (ECF No. 18) and Plaintiff's Response in Opposition thereto (ECF No. 19), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion to Dismiss is **GRANTED**.

2. All Counts are **DISMISSED with prejudice.**

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge